## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JANICE A. CLAIBORNE,**

**Plaintiff,**

v.

**Case No:  6:13-cv-1383-Orl-18TBS**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2).  The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 6), and there being no objections filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby **APPROVED.**  Plaintiff's Motion is **DENIED** and her Complaint is **DISMISSED with leave to amend within 21 days** from the entry of this order.  Clerk of the Court is directed to **CLOSE** this case if plaintiff fails to file an amended complaint within the time allotted.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of October, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties