UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANICE A. CLAIBORNE,

    Plaintiff,

v.    Case No: 6:13-cv-1383-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 6), and there being no objections filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Motion is **DENIED** and her Complaint is **DISMISSED with leave to amend within 21 days** from the entry of this order. Clerk of the Court is directed to **CLOSE** this case if plaintiff fails to file an amended complaint within the time allotted.

**DONE AND ORDERED** at Orlando, Florida, this 21 day of October, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties